**STIP**
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-CR-00316-RFB-CWH |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE** |
| SERGIO BARAJAS, ) | |
| ALAN CASSELL, ) | |
| ELENA MILLNER ) | |
| BENJAMIN STUELKE, ) | |
| MICHELLE ACOSTA, ) | |
| ART ACOSTA, and ) | |
| ERNESTO GARCIA ) | |
| ) | |
| Defendants. ) | |
| ) | **(First Request)** |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and defendant SERGIO BARAJAS, by and through his counsel, Russell Marsh, Esq., defendant ALAN CASSELL, by and through his counsel, David Brown, Esq., defendant ELENA

-1-

MILLNER, by and through her counsel Peter Christiansen, Esq., defendant BENJAMIN STUELKE, by and through his counsel Michael Nasatir, defendant MICHELLE ACOSTA, by and through her counsel, Richard Anderson, defendant ART ACOSTA, by and through his counsel Nolan King, and defendant ERNESTO GARCIA, by and through his counsel, Dean Steward, Esq., that the status hearing currently set for October 27, 2017 at 10:40 a.m., be vacated and set to a date and time convenient to this court, but no event earlier than seven days.

This Stipulation is entered into for the following reasons:

1. The attorney for the United States is not available on October 27, 2017.

2. Several defendants and their counsel reside outside the District of Nevada and will have insufficient time to make travel arrangements at such short notice.

3. The defendants are not incarcerated and do not object to the continuance.

4. This is the first stipulation to continue filed herein.

Dated this 25th day of October, 2017.

/s/ Lisa Cartier Giroux
LISA CARTIER GIROUX
*Assistant United States Attorney*

/s/ Russell Marsh
RUSSELL MARSH, ESQ.
*Attorney for Sergio Barajas*

/s/ David Brown
DAVID BROWN, ESQ.
*Attorney for Alan Cassell*

/s/ Peter Christiansen
PETER CHRISTIANSEN, ESQ.
*Attorney for Elena Millner*

/s/ Michael Nasatir
MICHAEL NASATIR, ESQ.
*Attorney for Benjamin Stuelke*

/s/ Richard Anderson
RICHARD ANDERSON, ESQ.
*Attorney for Michelle Acosta*

/s/ Nolan King
NOLAN KING, ESQ.
*Attorney for Art Acosta*

/s/ Dean Steward
DEAN STEWARD, ESQ.
*Attorney for Ernesto Garcia*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00316-RFB-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| SERGIO BARAJAS,<br>ALAN CASSELL,<br>ELENA MILLNER<br>BENJAMIN STUELKE,<br>MICHELLE ACOSTA,<br>ART ACOSTA, and<br>ERNESTO GARCIA. | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the hearing currently scheduled for October 27, 2017 at 10:40 a.m., be vacated and continued to November 14, 2017 at the hour of 1:00 PM.

Dated this 25th day of October, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge