MELANIE A. HILL
Nevada State Bar No. 8796
MELANIE HILL LAW PLLC
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Defendants Art Acosta and Michelle Acosta*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO BARAJAS,<br>ALLAN CASSELL,<br>ELENA MILLNER,<br>BENJAMIN STUELKE,<br>MICHELLE ACOSTA,<br>ART ACOSTA, and<br>ERNESTO GARCIA,<br><br>Defendants. | Case No. 2:17-CR-000316-RFB-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES TO FILE JOINT MOTIONS AND FOR THE GOVERNMENT TO FILE ITS RESPONSE**<br><br>(First Request) |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through DANIEL SCHIESS, Assistant United States Attorney, and Defendant SERGIO BARAJAS, by and through his counsel, RUSSELL E. MARSH, Defendant ALAN CASSELL, by and through his counsel DAVID BROWN, Defendant ELENA MILLNER, by and through her counsel PETER CHRISTIANSEN, Defendant BENJAMIN STUELKE, by and through his counsel VICKI PODBERESKY, Defendant MICHELLE ACOSTA, by and through her counsel, MELANIE HILL, Defendant ART ACOSTA, by and through his counsel,

MELANIE HILL, and Defendant ERNESTO GARCIA, by and through his counsel, DEAN STEWARD that the following deadlines be extended:

(1) THE DEFENDANTS' DEADLINE TO FILE A SEALED MOTION FOR A JOINT PROPOSED BUDGET FOR A DISCOVERY COORDINATOR,

(2) THE DEFENDANTS' DEADLINE TO FILE A JOINT MOTION REGARDING DISCOVERY PRODUCTION, AND

(3) THE GOVERNMENT'S DEADLINE TO FILE ITS RESPONSE.

This Stipulation is executed for the following reasons:

1. Defense counsel Melanie Hill and Russell Marsh have reached out to Russell Aoki to prepare a budget for coordinating discovery attorney services and the services of his staff to review and organize the discovery in a format that can be easily assessable to the defense and their respective counsel.

2. Defense counsel Vicki Podberesky has reached out to iPro to discuss organizing and hosting the discovery in eclipse and is awaiting pricing. She has also requested an unencrypted drive from AUSA Schiess for review and pricing from iPro.

3. After discussion between defense counsel Melanie Hill, defense counsel Russell Marsh, Russ Aoki, and AUSA Schiess regarding how the discovery could be made available to Mr. Aoki, Ms. Hill dropped off a hard drive to the U.S. Attorneys' office on Monday, July 23, 2018. Due to the volume of the discovery and the encryption of the data, it took a week for the encrypted discovery to be written to the hard drive.

4. The hard drive was overnighted to Mr. Aoki on Monday, July 30, 2018 and after he reviewed the encrypted hard drive, Mr. Aoki determined that it would take two weeks to extract the data off the hard drive before he and his staff could start to analyze the discovery files and prepare a budget.

5. Mr. Aoki sought a written encryption waiver from AUSA Schiess and Mr. Schiess and Mr. Aoki came to an agreement that the Government would reproduce the discovery on an Adonis drive which Mr. Aoki has informed all counsel will be a

faster download that the encrypted drive currently in his possession. The U.S. Attorneys' office started copying the drive on Thursday, August 2, 2018 and staff at the U.S. Attorneys' office believe it will take another 14 hours to complete the data transfer. Thus, the Adonis drive should be ready by Monday, August 6, 2018, the current deadline to provide the Court with a sealed motion and proposed budget.

6. The Government will FedEx the drive directly to Mr. Aoki and Mr. Aoki has estimated that it will take him and his staff approximately three weeks to download and analyze the discovery in order to prepare a budget for the Defendants and the Court.

7. The Defendants are further requesting that the Court also extend their deadline to inform the Court of their respective positions about payments upfront or completing financial affidavits to seek access to CJA funds to pay the cost pf the coordinating discovery attorney so that they know the total budget amount prior to making a final determination.

8. The Defendants are also requesting that the Court extend their deadline to file a joint motion requesting that the Court order the Government to produce the electronic data in a particular format or order the Government to take some other actions regarding the production of the discovery until after Mr. Aoki has provided them further information regarding the particulars of the discovery and how it was produced after Mr. Aoki is able to extract the discovery and review it.

9. The parties request the following revised motions schedule. The Defendants' Sealed Motion for a Joint Proposed Budget for a Discovery Coordinator shall be due on or before Monday, August 27, 2018. The Defendants' Joint Motion requesting that the Court order the Government to produce the electronic data in a particular format or order the Government to take some other actions regarding the production of the discovery shall be due on or before Monday, August 27, 2018. The Government shall file its response to this motion by September 10, 2018.

3

10. The additional time requested by this Stipulation is made in good faith and not for the purposes of delay.

Respectfully submitted by,

| | |
|---|---|
| DAYLE ELIESON<br>UNITED STATES ATTORNEY | WRIGHT STANISH & WINCKLER |
| By: /s/ Daniel R. Schiess<br>    DANIEL R. SCHIESS<br>    Assistant U.S. Attorney | By: /s/ Russell E. Marsh<br>    RUSSELL E. MARSH<br>    Attorney for Defendant Sergio Barajas |
| BROWN, BROWN & PREMSRIRUT | CHRISTIANSEN LAW OFFICES |
| By: /s/ David T. Brown<br>    DAVID T. BROWN<br>    Attorney for Defendant Alan Cassell | By: /s/ Peter S. Christiansen<br>    PETER S. CHRISTIANSEN<br>    Attorney for Defendant Elena Millner |
| ANDRUES/PODBERESKY | MELANIE HILL LAW PLLC |
| By: /s/Vicki Podberesky<br>    VICKI PODBERESKY<br>    Attorney for Defendant Benjamin Stuelke | By: /s/ Melanie A. Hill<br>    MELANIE A. HILL<br>    Attorney for Defendant Michelle Acosta |
| MELANIE HILL LAW PLLC | H. DEAN STEWARD, APC |
| By: /s/ Melanie A. Hill<br>    MELANIE A. HILL<br>    Attorney for Defendant Art Acosta | By: /s/ H. Dean Steward<br>    H. DEAN STEWARD<br>    Attorney for Defendant Ernesto Garcia |

## **ORDER**

IT IS SO ORDERED.

Dated this  7th  day of August, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE